Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **SOMRAJ SINGH**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| **SOMRAJ SINGH,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25,**<br><br>        Defendants. | Civil Case No.<br><br>PLAINTIFFS' PETITION FOR A HEARING ONN NATURALIZATION APPLICATION UNDER 8 U.S.C. § 1447(b) AND COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.    **COMPLAINT**

PLAINTIFF, SOMRAJ SINGH, COMPLAINS AS FOLLOWS:

COMES NOW THE PLAINTIFF, SOMRAJ SINGH, ("the Plaintiff") through his Attorney, Olumide K. Obayemi, and by and through the undersigned counsel, hereby sue ALBERTO GONZALES, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE ("USDOJ"), UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"),[1] DAVID N. STILL,[2] and DOES 1-25 (the Defendants), jointly and severally.   As grounds therefor, Plaintiff alleges as follows:

1.      This action is brought for a hearing to decide Plaintiff's Application for Naturalization (N-400) filed on December 8, 2005, and on which an Interview was held on April 11, 2006. A petition pursuant to 8 U.S.C. § 1447(b) is hereby filed due to Defendants' failure to adjudicate Plaintiff's Application for Naturalization (N-400) within 120 days after the first examination (of April 11, 2006) in violation of the Immigration and Nationality Act ("INA") and 8 U.S.C. § 1447(b).

2.      Plaintiff has also brought his complaint and petition pursuant to 8 U.S.C. § 1447(b) and 5 U.S.C. § 706(2) of the Administrative Procedures Act ("APA"), which allows an action by a person suffering a legal wrong because of a final agency action and/or inaction, and pursuant to 28 U.S.C. § 1361, which provides for writs of mandamus to compel an officer or employee of the United States to perform a duty owed to the plaintiff. The agency action ("inaction") complained of is the failure of the USDOJ, USCIS and Still to adjudicate the Form

---

[1]. On March 1, 2003, the INS was transferred from the United States Department of Justice to the newly-created United States Department of Homeland Security. INS responsibilities have since been divided between two main components of the Homeland Security Department – the Directorate of Border and Transportation Security ("BTS") and the United States Citizenship and Immigration Services.

[2]. Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP

N-400 (Application for Naturalization) for a period of almost fourteen (14) months, which amounts to a constructive denial of the petition.

3.      Plaintiff has sent numerous letters and correspondence to the USDOJ, USCIS and Still, asking them to act on the Petition, but they have failed to act is required. Starting from April 28, 2006 (See attachment at **Pages 1-3**) and on till the present, plaintiff has requested the USCIS offices in Oakland and San Francisco to adjudicate his Form N-400 filed on about December 8, 2005, (identified by Alien #: 75-246-019).

4.      Defendants have ignored, discarded, and abandoned all of plaintiff's entreaties. They have responded by repeating the same excuses over and over again.

5.      Plaintiff, upon information and belief, alleges that the constructive denial of a petition—*via a two year* inaction, is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." 5 U.S.C. § 706(2);

## II.      PARTIES

6.      Plaintiff Somraj Singh is an individual who is over the age of eighteen (18) years and is a resident of California.

7.      ALBERTO GONZALES is the United States ATTORNEY GENERAL, and the head of the UNITED STATES DEPARTMENT OF JUSTICE, and is at all times herein relevant, acting in his official capacity.

8.      Defendant UNITED STATES DEPARTMENT OF JUSTICE ("USDOJ") is an agency of the United States government operating throughout the United States and within the State of California.

9.      Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE ("USCIS") is an agency of the United States government and a division of the Department of

AND IMMIGRATION SERVICES

Homeland Security operating throughout the United States and within the State of California.

10.    DAVID N. STILL is the Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.

11.    Based on the foregoing, as well as the following particulars, Plaintiff believes, and therefore alleges, that they are entitled to all the relief claimed herein, against all the Defendants, jointly and severally.

12.    DOES 1-25 are the agents, employees and/or alter egos of Alberto Gonzales, USDOJ, USCIS and Still. The true names or capacities, whether individual, governmental, corporate or otherwise, of named DOES 1-25, inclusive, are presently unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will seek leave of this Court to amend this Complaint to assert their true names when the same shall have been ascertained. Plaintiff is informed and believes and thereon alleges that each of defendants designated herein as a DOE is legally responsible in some manner for the events herein alleged and is, therefore, liable to Plaintiff for the relief as hereinafter set forth.

### III.    JURISDICTIONAL ALLEGATION
### FEDERAL QUESTION JURISDICTION

13.    Jurisdiction in this case is based on existence of a Federal Question, under 8 U.S.C. § 1447(b) and 28 U.S.C. § 1331. Plaintiff herein brings suit asserting that Defendants have and continue to violate his constitutional rights. *See **Bivens v. Six Unknown Fed. Narcotics Agents*** (1971) 403 U.S. 388. Specifically, this action arises under the Fifth, Sixth, and Fourteenth Amendments of the United States' Constitution, which guarantee due process of law, *see **Washington vs. Texas***, 388 U.S. 14, 18 (1967). For the Defendants to grant other aliens' applications and petitions and refuse to adjudicate applicant's Application for Naturalization evidence a denial of due process, including undue delay of the processing of the petition.

14.     Plaintiff seeks a hearing under 8 U.S.C. § 1447(b). Plaintiff further seeks judicial review of the final agency action[3] which he asserts is arbitrary, capricious, an abuse of discretion, unlawful, and in violation of his constitutional rights, pursuant to 5 U.S.C. § 702 and 706(2)(A)&(B) of the Administrative Procedures Act (APA). Plaintiff seeks relief in the form of an affirmative injunction. 5 U.S.C. § 702.

15     Plaintiff also seeks relief in the form of a writ of mandamus compelling the named Federal officials and agencies to perform non-delegable duties owed to Plaintiff pursuant to Mandamus Act, 28 U.S.C. § 1361.

16.     Venue is proper pursuant to 28 U.S.C. § 1391(e)(3), which provides in relevant part "a civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under the color of legal authority, or an agency of the United States, or the United States, may, except otherwise provided by law, be brought in any judicial district in which [] plaintiff resides if no real property is involved in the action."

### III.    ALLEGATION OF FACTS

17.     On or about December 8, 2005, Plaintiff filed his Form N-400 (Application for Naturalization) in California. This Petition was filed at UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE (U.S.C.I.S.). (See attachments at **Pages 9-25**).

18.     On April 11, 2006, Defendants conducted an interview at their Oakland Office, thereby interviewing the Plaintiff. (See attachments at **Pages 5-8**). Defendants admitted that Plaintiff had passed all examinations, and was to bring additional documents. (See attachments at **Pages 5-8**).

19.     On April 25, 2006, Plaintiff submitted the requisite documents as demanded by the

---

[3]. In this case, plaintiff asserts that defendants' almost two years inaction is tantamount to a constructive denial of the application filed by Plaintiff.

Defendants. (See attachments at **Page 4**).

20.    After waiting for several months, plaintiff engaged an attorney, who made an enquiry as to the delay in the approval of Plaintiff's Naturalization Application

21.    On April 28, 2006, May 5, 2006, and June 7, 2006, defendants wrote plaintiff to tell him that his file had been transferred to the USCIS Office in San Francisco, California, and that background checks are "still pending" and that after the background processing had been completed, plaintiff would receive Notice of Oath Taking. (See attachments at **Pages 1-3**).

22.    Ever since then plaintiff has received no other notice from defendants despite numerous reminders, inquiries, and letters.

23.    None of the actions and/or documents in possession of defendants which plaintiff relies on for the prosecution of his petition has been disclosed to plaintiff. Defendants have shielded from plaintiff all their actions taken so far, which may have effect on the petition submitted by plaintiff. Plaintiff has complied with all the requirements and completed all the forms requested from him, yet, defendants have not disclosed their actions or updates to plaintiff. For almost 14 months, plaintiff's numerous business engagements outside United States and other family engagements have almost been adversely terminated due to the inaction of defendants.

### IV.    FIRST CAUSE OF ACTION
### *8 U.S.C. § 1447(b)*
### (REQUEST FOR A HEARING DUE AGENCY ACTION, INACTION AND/OR CONSTRUCTIVE DENIAL)

24.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 23 of the general allegations as though the same were set forth at length herein.

25.    Plaintiff is requesting a hearing to decide Plaintiff's Application for Naturalization (N-400) filed on December 8, 2005, and on which an Interview was held on April 11, 2006. A

petition pursuant to 8 U.S.C. § 1447(b) is hereby filed due to Defendants' failure to adjudicate Plaintiff's Application for Naturalization (N-400) within 120 days after the first examination (of April 11, 2006) in violation of the Immigration and Nationality Act ("INA") and 8 U.S.C. § 1447(b).

### V.    SECOND CAUSE OF ACTION
**UNITED STATES CONSTITUTION, AMEND V, VI, and XIV, VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO COMPULSORY DUE PROCESS AND DUE PROCESS—INACTION, DELAY, CONSTRUCTIVE DENIAL, FAILURE TO ADJUDICATE, & FAILURE TO PRODUCE DOCUMENTATION AND RESULTS WITHIN SOLE POSSESSION OF FEDERAL AGENCIES**

26.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs 24 through 25 of the first cause of action as though the same were set forth at length herein.

27.    Defendants USDOJ, USCIS, and David N. Still have within their possession documents and information which are necessary to plaintiff's prosecution of his Application for Naturalization (Form N-400) including but not limited to:

(a) all investigations carried out in the United States on the N-400 petition submitted by plaintiff to defendants on or about December 8, 2005;

(b) all investigations carried out in India on the N-400 petition submitted by plaintiff to defendants in December 2005;

(c) all investigations carried out between the various inter-governmental agencies like the Alameda Sheriff, San Francisco Police Department, San Lorenzo Police Department, Federal Bureau of Investigations, San Francisco Asylum Office, Immigration Court in San Francisco, USCIS Office in Nebraska, USCIS Office in San Francisco, India Government, etc as part of background fingerprint and data collection processes regarding the N-400 petition submitted by plaintiff to defendants in 2005 and 2006; and

(d) all personal materials submitted by plaintiff and forwarded by other law enforcement agencies in support of the N-400 petition submitted by plaintiff to defendants in 2005.

28.    Pursuant to the United States Constitution, Amendments V, VI, and XIV, plaintiff has a constitutional right to due process which encompasses all information and documentation in the possession of USDOJ, USCIS and Still which might reasonably enhance and supplement documents already provided to defendants in support of his application or that might have adverse

effect on the application submitted. He also has a right to documents and information that might

reflect on the quality and thoroughness of the investigation of the underlying application, and that

reflect on the credibility and reliability of reports collected from various agencies.

29.    Pursuant to United States Constitution, Amendment VI, Plaintiff has a

constitutional right to compulsory process, which encompasses the right to receive prompt and

adequate reply to his inquiries.[4]

30.    Plaintiff has attempted to obtain the necessary documents from defendants from

various letters, but defendants have refused to release the result of the N-400 petition filed by

plaintiff or to release any information or document relating N-400 petition filed.

31.    By refusing to release the result of the N-400 petition filed by plaintiff or to release

any information or document relating N-400 petition filed to plaintiff, defendants have and

continue to violate plaintiff's constitutional rights, as guaranteed by the United States

Constitution, amendments V, VI, and XIV.

32.    The actions of Defendants have harmed and prejudiced plaintiff by withholding

from him the result of the N-400 petition filed by plaintiff or any information or document

relating N-400 petition filed, hindering plaintiff from justly and judiciously prosecuting the

processing of his Form N-400.

---

[4]. Due Process Rights applicable to immigration proceedings have been stated by the Supreme Cour in ***Bridges v. Wixon***, 326 U.S. 135, 154 (1945), where the Supreme Court emphasized the importance of strictly protecting an alien's right to procedural due process thus:

> "Here the liberty of an individual is at stake.... We are dealing here with procedural requirements prescribed for the protection of the alien. Though deportation is not technically a criminal proceeding, it visits a great hardship on the individual and deprives him of the right to stay and live and work in this land of freedom. That deportation is a penalty--at times a most serious one--cannot be doubted. Meticulous care must be exercised lest the procedure by which he is deprived of that liberty not meet the essential standards of fairness." (*Ibid.* 326 U.S. 135, 154 (1945)).

33.    If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, he would have no knowledge of the exact agency delaying his application, have no knowledge about the stage which his application has reached, the nature of additional action to be taken or additional documents to be submitted, or indeed whether defendants have started to work on his case at all, and if the latter is the situation which agency to hold liable. Plaintiff and his family members in India continue to be separated and disunited so long as defendants do not act on plaintiff's N-400 petition.

34.    Plaintiff continues to lose business opportunities in India because his citizenship is in limbo. For almost 14 months, plaintiff's numerous business engagements in India and other family engagements have almost been adversely terminated due to the inaction of defendants.

VI.    *THIRD CAUSE OF ACTION*
*5 U.S.C. § 706(2)(A)&(B)*
(UNLAWFUL AGENCY ACTION, INACTION AND/OR CONSTRUCTIVE DENIAL)

35.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs 25 through 34 of the first and second causes of action as though the same were set forth at length herein.

36.    The comprehensive provisions of the Administrative Procedures Act, allows for judicial review of agency action (or lack of agency action, or constructive denial) under 5 U.S.C. §§ 701-706 apply to a "final agency action for which there is no other adequate remedy in a court." 5 U.S.C. §704. See also ***Heckler v. Chaney***, 470 U.S. 821, 828 (1985).

37.    USCIS, USDOJ, and Still have plaintiff's N-400 petition in their possession since it was filed in December 2005. But as at May 28, 2007, defendants have refused to act on the petition, and they have continued to withhold all information concerning the processing of the

Form N-400.

38.    The time period from 2005 until 2007 constitutes an unreasonable long period, and coupled with lack information of the cause of the delay and/or inaction along with the fact that other similarly situated people have had their petitions granted, it shows that defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. 5 U.S.C. § 706(2).

39.    If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, he would have no knowledge of the exact agency delaying his application, have no knowledge about the stage which his application has reached, the nature of additional action to be taken or additional documents to be submitted, or indeed whether defendants have started to work on his case at all, and if the latter is the situation which agency to hold liable. Plaintiff and his fiancée, family members and business partners in India and other foreign nations continue to be separated and disunited so long as defendants do not act on plaintiff's N-400 petition.

40.    Plaintiff continues to lose business opportunities in India because his citizenship is in limbo. For almost 14 months, plaintiff's numerous business engagements in India and other family engagements have almost been adversely terminated due to the inaction of defendants. (See attached **Exhibit A**)

41.    The actions of the Defendants agencies are final.

42.    The actions of the Defendants agencies and the named individuals who direct and administer these agencies are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law under 5 U.S.C. § 706(2) and in contravention of plaintiff's constitutional rights to due process and compulsory due process under the United States Constitution Amendments V, VI, and XIV.

43.     The actions of the USDOJ, USCIS and Still refusing to grant or deny plaintiff's N-400 petition or to answer all reasonable inquiries by plaintiff about the steps taken so far and/or processing have harmed and continue to harm plaintiff. They hinder the smooth and proper processing of the N-400 petition.

### VII.    FOURTH CAUSE OF ACTION
### 28 U.S.C. § 1361
### (WRIT OF MANDAMUS)

44.     Plaintiffs hereby incorporate herein by reference, replead and reallege each and every allegation contained in paragraphs 1 through 23 of the general allegations and paragraphs 24 through 43 of the first, second and third causes of action as though the same were set forth at length herein.

45.     Pursuant to 28 U.S.C. § 1361, which provides for writs of mandamus to compel an officer or employee of the United States to perform a duty owed to the plaintiff. The agency action complained of is the failure of the USCIS to adjudicate the N-400 Application for Naturalization for a period of almost 14 months, amounting to a constructive denial of the petition.

46.     USCIS, USDOJ, and Still have plaintiff's N-400 petition in their possession since it was filed in 2005. As at May 28, 2007, defendants have refused to act on the petition, and they have continued to withhold all information concerning the processing of the Form N-400.

47.     Plaintiff has sent numerous and countless inquiries to Defendants asking them to adjudicate on his almost 14 months old petition, release the information on the processing done so far, or disclose other pertinent information on what other steps are needed to be carried out by plaintiff to enable defendants acts justly, defendants have simply ignored plaintiff for the past 2 years. (See attachments)

48.     The time period extending from 2005 until May 28, 2007 constitutes an

SOMRAJ Complaint                                                                              10

unreasonable long period, and coupled with lack information of the cause of the delay and/or inaction along with the fact that other similarly situated people have had their petitions granted shows that defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law.

49.    If the actions of defendants are permitted to continue, plaintiff would be irreparably damaged, because, the main purpose for filing the petition would be practically defeated.

50.    The actions of the Defendants agencies are final.

51.    The actions of the Defendants agencies and the named individuals who direct and administer these agencies are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law under 5 U.S.C. § 706(2) and in contravention of plaintiff's constitutional rights to due process and compulsory due process under the United States Constitution Amendments V, VI, and XIV.

52.    The actions of the USDOJ, USCIS and Still refusing to grant or deny plaintiff's N-400 petition or to answer all reasonable inquiries by plaintiff about the steps taken so far and/or processing have harmed and continue to harm plaintiff. They hinder the smooth and proper processing of the N-400 petition.

## **RELIEF REQUESTED**

WHEREFORE, plaintiffs pray for a relief, decree and order against Defendants, jointly and severally, and each of the other defendants named as DOES 1-25, as hereafter set forth:

1.    An Order Scheduling Hearing for adjudicating Plaintiff's Application for Naturalization (N-400) pursuant to 8 U.S.C. § 1447(b).

2.    For an affirmative injunction and/or writ of mandamus ordering Defendants to **adjudicate** on Plaintiff's Form N-400 (Application for Naturalization)

3.    For an affirmative injunction and/or writ of mandamus ordering, that within ten calendar days, Defendants USDOJ, USCIS, and David N. Still produce to Plaintiff *all* documents

and information, within their possession, which are necessary for plaintiff's prosecution of his Form N-400 (Application for Naturalization) including but not limited to:

(a) all investigations carried out in the United States on the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in 2005;

(b) all investigations carried out in India on the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in 2005;

(c) all investigations carried out between the various inter-governmental agencies like the Alameda Sheriff Department, San Francisco Police Department, San Lorenzo Police Department, Federal Bureau of Investigations, San Francisco Asylum Office, Immigration Court in San Francisco, USCIS Office in Nebraska, USCIS Office in San Francisco, India Government, etc as part of background fingerprint and data collection processes regarding the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in 2005; and

(d) all personal materials submitted by plaintiff and forwarded by other law enforcement agencies in support of the Form N-400 (Application for Naturalization) submitted by plaintiff to defendants in 2005.

4.    Costs of the proceedings herein;

5.    Reasonable attorneys' fees; and

6.    All such other and further relief as the Court deems just.


Dated: May 28, 2007                    The Law Offices of Olumide K. Obayemi


_____//s//_____
Olumide K. Obayemi
Attorneys for Plaintiff
SOMRAJ SINGH

U.S. Department of Homeland Security
San Francisco. CA 94111



**U.S. Citizenship
and Immigration
Services**

SOMRAJ SINGH
35452 BALDWIN PLACE
FREMONT CA  94536

File No. A75 246 019
App Id:  WSC*001420532
Date:  06/07/2006cw
Officer:

Re:  Olumide K. Obayemi, Esç.

Re: Pending N-400 for Background Check

This is in response to your recent inquiry.    A review of
your application shows that your Form N-400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and
patience in waiting for these important checks to be completed.
Please refer to the attached Immigration Fact Sheet for
additional information on the importance of security background
checks.

Any future inquiries for cases pending outside normal processing
times should be directed to the National Customer Service Center
at 1-800-375-5283.

Thank you.

        U.S. Citizenship and Immigration Services
        630 Sansome Street
        San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

SOMRAJ SINGH
35452 BALDWIN PLACE
FREMONT, CA 94536

A075246019
App Id:
Date: 05/5/2006
Officer: MW

Re: Pending N-400 for Background Check

This is in response to your recent inquiry. A review of
your application shows that your Form N-400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and
patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing
times should be directed to the National Customer Service Center
at 1-800-375-5283.

Thank you.

    U.S. Citizenship and Immigration Services
    630 Sansome Street
    San Francisco CA 94111

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

SOMRAJ SINGH
35452 BALDWIN PLACE
FREMONT, CA 94536

File No. A075246019
App Id:
Date: 04/28/2006
Officer:

Re: Pending N-400 for Background Check

This is in response to your recent inquiry.   A review of
your application shows that your Form N-400, Application for
Naturalization, is still pending for the completion of all
necessary background checks. Unfortunately a decision on your
application cannot be made until all required security checks
have been completed. All cases pending for security checks are
regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and
patience in waiting for these important checks to be completed.
Please refer to the attached Immigration Fact Sheet for
additional information on the importance of security background
checks.

Any future inquiries for cases pending outside normal processing
times should be directed to the National Customer Service Center
at 1-800-375-5283.

Thank you.

U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco CA 94111

April 25, 2006

USINS OAKLAND   CUSA
1301 Clay St, Room 380N, Main Room
Oakland CA 94612

## Attn : Mr. Magtanggol  Acol Ronquillo
### USCIS Officer, Oakland, California

Dear Sir

## Re: Application for Naturalization : WSC*001420532

It was a nice experience during the Citizenship Interview on April 11, 2006. I am very
impressed with your knowledge, capability and professionalism. Here is the document
you asked for during the interview process.

I need your favor to clear this condition and send me letter for Oath Ceremony..a life time
pride to be a US Citizen.

Thank you for your cooperation.

Sincerely yours

Somraj Singh
35452 Baldwin Pl
Fremont CA 94536

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

On _____                                                              A#: _____

_____ , you were interviewed by USCIS officer    MAGTANGGOL AGOL-RONQUILLO

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ English. write

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government. speak/ _____ read/ _____

☑ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

PENDING FOR
SECURITY CHECKS

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

To Whom It May Concern:

I Sudesh Kaur (SSC # 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 ) living at 931 Delano Street, San
Lorenzo, CA 94580, hereby certify that I receive Child Support from Mr.
Somraj.Singh every month on regular basis in cash and nothing is pending at
this time.

Sudesh Kaur
931 Delano Street
San Lorenzo CA 94580

April 10, 2006

4|10|2006

VENKATA KRISHNA GAJJALA
Commission # 1531977
Notary Public - California
Alameda County
My Comm. Expires Dec 4 2008

# THE UNITED STATES OF AMERICA

Request for Applicant to Appear for Naturalization Initial Interview

| CASE TYPE | | NOTICE DATE |
|---|---|---|
| N400    Application For Naturalization | | February 15, 2006 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | INS A# |
|---|---|---|---|
| WSC*001420532 | December 08, 2005 | December 08, 2005 | A 075 246 019 |
| | | | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SOMRAJ SINGH
35452 BALDWIN PL
FREMONT CA  94536

Please come to:
USINS OAKLAND CUSA
1301 CLAY ST
ROOM 380N
MAIN ROOM
OAKLAND CA 94612
**On (Date):** Tuesday, April 11, 2006
**At (Time):** 09:10 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You **MUST BRING** the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 01/31/05) N

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

Fingerprint Notification

| CASE TYPE | | NOTICE DATE |
|---|---|---|
| N400     Application For Naturalization | | January 03, 2006 |

| APPLICATION NUMBER | | | INS A# |
|---|---|---|---|
| WSC*001420532 | RECEIVED DATE | PRIORITY DATE | A 075 246 019 |
| | December 08, 2005 | December 08, 2005 | PAGE |
| APPLICANT NAME AND MAILING ADDRESS | | | 1 of 1 |

SOMRAJ SINGH
35452 BALDWIN PL
FREMONT CA  94536

lubuldddudbdln

To process your application, INS must take your fingerprints and have them cleared by the FBI.  PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.  If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER | |
|---|---|
| INS OAKLAND | DATE AND TIME OF APPOINTMENT |
| 2040 TELEGRAPH AVE. | 01/19/2006 |
| OAKLAND CA 94612 | 09:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION.  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon      ☐ Saturday afternoon
INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.

| APPLICATION NUMBER | APPLICANT COPY |
|---|---|
| WSC*001420532 | |

## WARNING!
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 01/31/06) N

Department of Homeland Security
U.S Citizenship and Immigration Services

OMB No. 1615-0052

# N-400 Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

## Part 1. Your Name. *(The Person Applying for Naturalization)*

**A.** Your current legal name.

Family Name *(Last Name)*

SINGH

Given Name *(First Name)*

SOMRAJ

Full Middle Name *(If applicable)*

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

SINGH

Given Name *(First Name)*

SOMRAJ

Full Middle Name *(If applicable)*

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| NA | NA | NA |
| NA | NA | NA |
| NA | NA | NA |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☒ Yes   ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

ARYA

Given Name *(First Name)*

SOMRAJ

Full Middle Name

SINGH

Write your USCIS "A"- number here:

A 075-246-019

### For USCIS Use Only

Bar Code

Date Stamp

Remarks

Action Block

## Part 2. Information About Your Eligibility. *(Check Only One)*

I am at least 18 years old AND

**A.** ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)*

Form N-400 (Rev. 10/26/05)Y

## Part 3. Information About You.

Write your USCIS "A"- number here:
A 075-246-019

**A.** U.S. Social Security Number
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

**B.** Date of Birth *(mm/dd/yyyy)*
01/30/1959

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*
03/05/2001

**D.** Country of Birth
INDIA

**E.** Country of Nationality
INDIA

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*
☐ Yes   ☒ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☐ Married   ☒ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?
☐ Yes   ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*
☐ Yes   ☒ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language:

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain:

## Part 4. Addresses and Telephone Numbers.

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*
35452 BALDWIN  PL

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| FREMONT | ALAMEDA | CA | 94536 | USA |

**B.** Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

**C.** Daytime Phone Number *(If any)*
( 510  )690-0062

Evening Phone Number *(If any)*
( 510  )220-5555

E-mail Address *(If any)*
info@sahyog.com

## Part 5. Information for Criminal Records Search.

Write your USCIS "A"- number here:
A 075-246-019

NOTE: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☒ Male   ☐ Female

**B. Height**

5 Feet 5 Inches

**C. Weight**

150 Pounds

**D. Are you Hispanic or Latino?**

☐ Yes   ☒ No

**E. Race** *(Select one or more.)*

☐ White   ☒ Asian   ☐ Black or African American   ☐ American Indian or Alaskan Native   ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☒ Black   ☐ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

**G. Eye color**

☒ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

## Part 6. Information About Your Residence and Employment.

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | | |
| 931 DELANO ST   SAN LORENZO  CA 94580 | 02/01/2003 | Present |
| 1513 MONO AVE APT # 4  SAN LEANDRO  CA 94578 | 05/01/2001 | 01/30/2003 |
| | 12/01/1997 | 04/30/2001 |
| | | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| Sahyog International | 21555 FOOTHILL BLVD HAYWARD CA 94541 | 07/15/1998 | 12/05/2005 | REGIONAL DIRECTOR |
| | | | | |
| | | | | |
| | | | | |

**Part 7.  Time Outside the United States.**
*(Including Trips to Canada, Mexico and the Caribbean Islands)*

Write your USCIS "A"- number here:
A  075-246-019

**A.** How many total days did you spend outside of the United States during the past five years?

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?  | 4 | days

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.  | 1 | trips

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 07/15/2003 | 07/19/2003 | ☐ Yes  ☒ No | CANADA | 4 |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |

**Part 8.  Information About Your Marital History.**

**A.** How many times have you been married (including annulled marriages)?  | 1 |  If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
NA

Given Name *(First Name)*
NA

Full Middle Name *(If applicable)*
NA

**2.** Date of Birth  *(mm/dd/yyyy)*

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Spouse's U.S. Social Security #

**5.** Home Address - Street Number and Name
NA

Apartment Number
NA

City
NA

State
NA

Zip Code
NA

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"-number here:
A  075-246-019

C. Is your spouse a U.S. citizen?   ☐ Yes   ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?
   If "Other," give the following information:   ☐ At Birth   ☐ Other

2. Date your spouse became a U.S. citizen

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is **not** a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's USCIS "A"- Number *(If applicable)*
   A

3. Spouse's Immigration Status
   ☐ Lawful Permanent Resident   ☐ Other

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*   KAUR
   Given Name *(First Name)*   SUDESH
   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☒ Lawful Permanent Resident
   ☐ Other

3. Date of Marriage *(mm/dd/yyyy)*   11/10/1980

4. Date Marriage Ended *(mm/dd/yyyy)*   12/05/2005

5. How Marriage Ended   ☒ Divorce   ☐ Spouse Died   ☐ Other

G. How many times has your current spouse been married (including annulled marriages)?   0

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage. If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

3. Date of Marriage *(mm/dd/yyyy)*

4. Date Marriage Ended *(mm/dd/yyyy)*

5. How Marriage Ended   ☐ Divorce   ☐ Spouse Died   ☐ Other

## Part 9. Information About Your Children.

Write your USCIS "A"- number here:
A 075-246-019

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

3

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| MANPREET KAUR | 02/03/1984 | A 075-312-850 | INDIA | 1248 Emerald Oak Rd Roseville Ca 956 |
| SUPREET KAUR | 02/20/1989 | A 075-312-851 | INDIA | 931 Delano St San Lorenzo CA 94580 |
| ANMOL P SINGH | 06/21/1993 | A 075-312-852 | INDIA | 931 Delano St. San Lorenzo CA 94580 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

## Part 10. Additional Questions.

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

### A. General Questions.

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*?    ☐ Yes    ☒ No

2. Have you **ever** registered to vote in any Federal, state or local election in the United States?    ☐ Yes    ☒ No

3. Have you **ever** voted in any Federal, state or local election in the United States?    ☐ Yes    ☒ No

4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state or local tax return?    ☐ Yes    ☒ No

5. Do you owe any Federal, state or local taxes that are overdue?    ☐ Yes    ☒ No

6. Do you have any title of nobility in any foreign country?    ☐ Yes    ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years?    ☐ Yes    ☒ No

Form N-400 (Rev. 10/26/05)Y Page 6

## Part 10. Additional Questions. (Continued)

Write your USCIS "A"- number here:
A 075-246-019

### B. Affiliations.

8. a. Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place?   ☐ Yes   ☒ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1.  NA | 6.  NA |
| 2.  NA | 7.  NA |
| 3.  NA | 8.  NA |
| 4.  NA | 9.  NA |
| 5.  NA | 10. NA |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

a. The Communist Party?

b. Any other totalitarian party?   ☐ Yes   ☒ No

c. A terrorist organization?   ☐ Yes   ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes   ☒ No

11. Have you ever persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?   ☐ Yes   ☒ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:   ☐ Yes   ☒ No

a. The Nazi government of Germany?

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes   ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?   ☐ Yes   ☒ No

### C. Continuous Residence.

Since becoming a Lawful Permanent Resident of the United States:   ☐ Yes   ☒ No

13. Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?

14. Have you ever failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes   ☒ No

  ☐ Yes   ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A 075-246-019

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were **not** arrested?

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason? ☐ Yes ☒ No

17. Have you **ever** been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you **ever** been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled? ☐ Yes ☒ No

21. Have you **ever** been in jail or prison? ☐ Yes ☒ No

☐ Yes ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet(s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? (mm/dd/yyyy) | Where were you arrested, cited, detained or charged? (City, State, Country) | Outcome or disposition of the arrest, citation, detention or charge (No charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| NA | | NA | NA |
| NA | | NA | NA |
| NA | | NA | NA |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:
   a. Been a habitual drunkard?
   b. Been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No
   c. Sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No
   d. Been married to more than one person at the same time? ☐ Yes ☒ No
   e. Helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No
   f. Gambled illegally or received income from illegal gambling? ☐ Yes ☒ No
   g. Failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal? ☐ Yes ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

## Part 10. Additional Questions. (Continued)

Write your USCIS "A"- number here:
A 075-246-019

### E.  Removal, Exclusion and Deportation Proceedings.

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes  ☒ No

26. Have you **ever** been removed, excluded or deported from the United States? ☐ Yes  ☒ No

27. Have you **ever** been ordered to be removed, excluded or deported from the United States? ☐ Yes  ☒ No

28. Have you **ever** applied for any kind of relief from removal, exclusion or deportation? ☐ Yes  ☒ No

### F. Military Service.

29. Have you **ever** served in the U.S. Armed Forces? ☐ Yes  ☒ No

30. Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes  ☒ No

31. Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes  ☒ No

32. Have you **ever** deserted from the U.S. Armed Forces? ☐ Yes  ☒ No

### G. Selective Service Registration.

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes  ☒ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [          ]  Selective Service Number [ NA ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements. *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes  ☐ No

Form N-400 (Rev. 10/26/05)Y Page 9

## Part 11. Your Signature.

Write your USCIS "A"- number here:
A 075-246-019

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature

Date (mm/dd/yyyy)

12/05/2005

## Part 12. Signature of Person Who Prepared This Application for You. (If Applicable)

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date (mm/dd/yyyy)

Preparer's Firm or Organization Name (If applicable)

Preparer's Daytime Phone Number

Preparer's Address - Street Number and Name

City

State

Zip Code

## NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.

## Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Complete Signature of Applicant

Officer's Printed Name or Stamp

Officer's Signature

Date (mm/dd/yyyy)

## Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant



Washington Mutual Bank, FA

16-3717/1220     065420426



************Dec 5, 2005  FOUR HUNDRED   DOLLARS AND 00 CENTS ************

PAY
TO
THE
ORDER
OF

Department Of Homeland Security

Washington Mutual Bank, FA

**DRAWER / PURCHASER COPY**
**NON-NEGOTIABLE**

Issued by Integrated Payment Systems Inc., Englewood, Colorado Wells Fargo Bank Ltd, N.A., Los Angeles, CA

REMITTER
Sudesh Kaur

1523 600



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

499156243921 499157 REV1 07/03 813590483

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

Washington Mutual Bank, FA

16-3717/1220     065420426

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

************Dec 5, 2005  FOUR HUNDRED   DOLLARS AND 00 CENTS ************

PAY
TO
THE
ORDER
OF

Department Of Homeland Security

DRAWER: Washington Mutual Bank, FA

AUTHORIZED SIGNATURE
REMITTER
Sudesh Kaur

Issued by Integrated Payment Systems Inc., Englewood, Colorado Wells Fargo Bank Ltd, N.A., Los Angeles, CA

1523 600

⑈054086⑈ ⑆122037171⑆ 6800006542042⑈



## PERMANENT RESIDENT CARD

NAME SINGH, SOMRAJ



INS A# 075-246-019

Birthdate         Category       Sex
01/30/59          AS6            M

Country of Birth
India

CARD EXPIRES 05/21/12

Resident Since 05/05/01



C1USA0752460199LIN9925650428<<
5901308M1205215IND<<<<<<<<<<<2
SINGH<<SOMRAJ<<<<<<<<<<<<<<<<<



U.S. *DEPARTMENT OF JUSTICE*
U.S. *IMMIGRATION AND NATURALIZATION SERVICE*
*630 SANSOME STREET*
*SAN FRANCISCO, CALIFORNIA 94111*

**SOMRAJ SINGH**
**931 DELANO STREET**
**SAN LORENZO, CA 94580**

Date:  *03/05/2002*
A:  *75 246 019*
Approval Date:  *03/05/2001*
Adj. Class:  *AS6*

DEAR APPLICANT(S):

Please be advised that you have been granted permanent resident alien status as
of the above date.  This letter should not be regarded as proof of that status.
You are being processed for an alien registration card which should be mailed
to you at the above address within one year.  If you require proof of your
status in order to travel or proof of ability to work, you may come to the
address shown above, Room 200B, for a temporary stamp. Bring this original
letter(no copies) and your valid unexpired passport with you.  Children under
the age of 13 1/2 need NOT appear. PLACE THIS LETTER IN THE DOOR AT ROOM 200B
BETWEEN THE HOURS 8:30AM AND 2:30PM, MONDAY THROUGH THURSDAY ONLY (except
holidays).  (This letter is not valid without proper
signature and immigration stamps).

SINCERELY,

CHARLES H. DEMORE
DISTRICT DIRECTOR

PC10

### Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE   I181 |
|---|---|---|
| LIN-99-256-50428 | | |

| RECEIPT DATE | PRIORITY DATE | CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE |
|---|---|---|
| September 21, 1999 | | APPLICANT   A75 246 019 |

| NOTICE DATE | PAGE | SINGH, SOMRAJ |
|---|---|---|
| May 13, 2002 | 1 of 1 | |

SOMRAJ SINGH
931 DELANO STREET
SAN LORENZO CA 94580

Notice Type:   Welcome Notice

## WELCOME TO THE UNITED STATES OF AMERICA

It is with great pleasure that we welcome you to permanent resident status in the United States.

Your new permanent resident status has been registered. At the top of this notice you will see a very important number. That is your INS A# (A-number). It is your permanent resident account and file number. This permanent account number is very important to you. You will need it whenever you contact us.

We will soon mail you a new **Permanent Resident Card**. You should receive it within the next 3 weeks. You can use it to show your new status. When you receive your card you must carry it with you at all times if you are 18 or older. It is the law.

Please call us at **402-323-7830** if any of the information about you shown above is incorrect, if you move before you receive your card, or if you don't receive your card within the next 3 weeks. If you call us, please have your A# and also the receipt number shown above available. The receipt number is a tracking number for your application.

Please read the notice that comes with your card. It will have important information about your card, about your status and responsibilities, and about permanent resident services available to you.

Your new card will expire in ten years. While card expiration will not directly affect your status, you will need to apply to renew your card several months before it expires. When the time comes and you need filing information, or an application, or if you ever have other questions about permanent resident services available to you, just call our **National Customer Service Center** at **1-800-375-5283** or visit the INS website at **www.ins.usdoj.gov**. (If you are hearing impared, the NCSC's TDD number is **1-800-767-1833**.)  The best days to call the NCSC are Tuesday through Friday.

Once again, welcome to the United States and congratulations on your permanent resident status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



U.S. Department of Justice

Immigration and Naturalization Service
Asylum Office
P.O. Box 77530
San Francisco, CA  94107

A  75 246 019
ZSF-023

Mr. Somraj Singh                           Date: **OCT 0 1 1996**
2339 Monroe St Apt 1
Santa Clara , CA 95050

Dear Mr. Singh:

This refers to your request for Asylum in the United States, Form I-589.

It has been determined that you have established a well-founded fear of persecution upon return to your
homeland.  Therefore, in accordance with Section 208(a) of the Immigration and Nationality Act, your
request for asylum is granted as of 9/17/96.

This grant is valid for an indefinite period and includes any spouse or child present in the United States who
was included in your application, and for whom you have provided a preponderance of evidence to establish
a qualifying relationship.  In order to request derivative asylum status for any spouse or child who was not
included in your asylum request, you must file Form I-730 with the Nebraska Service Center, P.O. Box
87730, Lincoln, NE, 68501-7730.  Forms I-730 and filing instructions can be obtained at your local INS
office.

You are granted employment authorization for as long as you remain in asylum status.  You may apply for
and obtain an Employment Authorization Document (EAD) as evidence of your eligibility to work in the
United States.  Such documentation may be obtained by filing Form I-765 with the appropriate INS office,
pursuant to the instructions on the form.  Forms I-765 and filing instructions can be obtained at your local
INS office.

If you plan to depart the United States, you must first obtain a refugee travel document by filing Form I-131
with the Immigration Service Office having jurisdiction over your place of residence.

After having been physically present in the United States for a period of one year subsequent to the date your
asylum status was granted, you may apply for lawful permanent residence under Section 209(b) of the
Immigration and Nationality Act.

1

Please be advised that the United States law requires any male in your family who has been granted asylum and who is between the ages of eighteen (18) and twenty-six (26), to register with the Selective Service. You may obtain information on how to register at your nearest post office.

Finally, you are directed to notify this Service of any change of address within ten days of such change. You may obtain Form AR-11 at your nearest post office or INS office to comply with this requirement.

Sincerely,

Larry F. Crider
Acting Director
San Francisco Asylum Office

Departure Number

332415261  05    A 75346019

Immigration and
Naturalization Service
I-94
Departure Record

13. Family Name

15. First (Given) Name

17. Country of Citizenship

16. Birth Date (Day; Mo; Yr)

See Other Side

**STAPLE HERE**

2