Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **SOMRAJ SINGH LECKY**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| **SOMRAJ SINGH**  Plaintiff,  vs.  **ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25**,  Defendants. | Civil Case No. **C-07-02976-JMW**  **CERTIFICATE/PROOF OF SERVICE Re:**  **SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.** |

1 **CERTIFICATE/PROOF OF SERVICE Re: SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.**

I, Olumide K. Obayemi, declare that:

I am over the age of eighteen years and am not a party to the within action

My business address is The Law Offices of Olumide K. Obayemi, 337 Caliente Circle, San Leandro, CA 94578.

On June 7, 2007, I served a true copy of the document entitled: **(a) SUMMONS IN A CIVIL CASE & (b) PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW**, on all parties in this action,

[]   By facsimile transmission to the telephone number below

[]   By enclosing a true copy thereof in a sealed envelope with postage prepaid, and depositing it in the United States mail at San Leandro, California, addressed as follows:

[X]   **PERSONAL SERVICE**

**{1}.   ALBERTO GONZALES ATTORNEY GENERAL,**
c/o Tiffany Chiu (Paralegal)—Person Authorized to Receive Court Process
**Office of the United States Attorney**
**450 Golden Gate Avenue-11th Floor,**
**San Francisco, CA 94102**

**{2}.   UNITED STATES DEPARTMENT OF JUSTICE,**
c/o Tiffany Chiu (Paralegal)—Person Authorized to Receive Court Process
**Office of the United States Attorney**
**450 Golden Gate Avenue-11th Floor,**
**San Francisco, CA 94102**

**{3}.   UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,**
c/o Tiffany Chiu (Paralegal)—Person Authorized to Receive Court Process
**Office of the United States Attorney**
**450 Golden Gate Avenue-11th Floor,**
**San Francisco, CA 94102**

1
2  **{4}    DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the
         UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
3        **c/o Tiffany Chiu (Paralegal)—Person Authorized to Receive Court Process**
         **Office of the United States Attorney**
4        **450 Golden Gate Avenue-11th Floor,**
         **San Francisco, CA 94102**
5
   I declare under penalty of perjury that the foregoing is true and correct.
6
   Executed on June 7, 2007, at San Leandro, California.
7
8
9
                                               _____//S//_____
10                                                  Olumide K. Obayemi
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Somraj proof                                                                    2

The Law Offices of
Olumide K. Obayemi