Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 352-3000
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for **MANPREET SINGH BAWA**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO**

| | |
|---|---|
| **SOMRAJ SINGH**<br><br>Plaintiff,<br><br>vs.<br><br>**ALBERTO GONZALES ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, DAVID N. STILL, Officer in Charge of the San Francisco Sub-Office of the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DOES 1-25**,<br><br>Defendants. | Civil Case No. **C-07-02976-JMW**<br><br>**CERTIFICATE/PROOF OF SERVICE Re:**<br><br>**SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.** |

CERTIFICATE/PROOF OF SERVICE Re: **SUMMONS IN A CIVIL CASE & PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS UNDER 28 U.S.C. § 1361, AND AFFIRMATIVE INJUNCTION PURSUANT TO ADMINISTRATIVE PROCEDURES ACT ("APA") 5 U.S.C. § 706(2) AND PURSUANT TO THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DUE PROCESS AND COMPULSORY DUE PROCESS OF LAW.**

### CERTIFICATE OF SERVICE REGARDING SUMMONS

I, Olumide Kolawole Obayemi, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint, ORDER SETTING INITIAL CASE CONFERENCE AND ADR RULES, and the Handbook entitled: "Dispute Resolution Procedures in the Northern District of California," was made on July 16, 2007, **by serving the Office of the United States Attorney General, Department of Justice, via a certified mail #: 7006-0810-0001-8446-3617. It was delivered at Washington DC on July 16, 2007 at** U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 by one of the following methods:

**Mail Service:** Regular, first class United States mail, and postage fully pre-paid.

**Personal Service:** By leaving the process with defendant or with an officer or agent of defendant.

**Residence Service:** By leaving the process with an adult.

**[X] Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant.

> **Office of the United States Attorney General, Department of Justice, via a certified mail #: 7006-0810-0001-8446-3617. It was delivered at Washington DC on July 20, 2007 in WASHINGTON, DC 20530.**

**Publicaton:** The defendant was served as follows. [Use space below]

**State Law:** The defendant was served pursuant to the laws of the State of _____ (U.S. state), as follows.

**Under penalty of perjury, I declare that the foregoing is true and correct.**

Business Address: 337 Caliente Circle,

Business City, State, and Zip: San Leandro, CA 94578

    Executed on July 20, 2007 at San Leandro, California.

                                               _____//S//_____
                                                  Olumide K. Obayemi