1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE  DIVISION

12 SOMRAJ SINGH,                                            )
                                                            ) No. C 07-2976 RMW
13                 Plaintiff,                          )
                                                            )
14            v.                                        )
                                                            ) **STIPULATION FOR DISMISSAL and**
15 ALBERTO GONZALES, Attorney General,                      ) **[PROPOSED] ORDER**
   United States Department of Justice, United              )
16 States Citizenship and Immigration Services;             )
   DAVID N. STILL, Officer in Charge of the                 )
17 San Francisco Sub-Office of the United States            )
   Citizenship and Immigration Services, and                )
18 DOES 1-25,                                               )
                                                            )
19                 Defendants.                         )
   _____)
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation for Dismissal
C07-2976 RMW                               1

| | | |
|---|---|---|
| 1 | Date: July 25, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 25, 2007

/s/
OLUMIDE K. OBAYEMI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RONALD M. WHYTE
United States District Judge

Stipulation for Dismissal
C07-2976 RMW                                    2